UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-134-FDW
(3:12-cr-144-FDW-1)

| | |
|---|---|
| CARL HARRIS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on Petitioner's Motion under 28, United States Code, Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, (Doc. No. 1).

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255, and finds that the petition <u>has not been signed by Petitioner under penalty of perjury</u>, Rule 2(b)(5), 28 U.S.C.A. foll. § 2255 (motion to vacate must be signed under penalty of perjury "by the movant or by a person authorized to sign it for the movant"). Within twenty (20) days of service of this Order, Petitioner must sign the petition under penalty of perjury and resubmit it in accordance with Rule 2(b)(5) of the Rules Governing § 2255 Proceedings.

Furthermore, Petitioner has not submitted his claims on a form used by this Court for actions under Section 2255. The Clerk is respectfully directed to mail Petitioner a form used by this Court for Section 2255 actions so that he may resubmit his claims on the form, signing it under penalty of perjury.

1

Petitioner's failure to return his Section 2255 form, signed under penalty of perjury, within twenty days of service of this Order may result in dismissal of this action without prejudice.

Signed: March 21, 2018

Frank D. Whitney
Chief United States District Judge